## ORDER

PER CURIAM

**AND NOW**, this 14th day of June, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Anthony Charles LANDI, Petitioner

No. 64 MAL 2017

Supreme Court of Pennsylvania.

June 14, 2017

## ORDER

PER CURIAM

AND NOW, this 14th day of June, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Christopher Ross HECKER, Petitioner

No. 37 MAL 2017

Supreme Court of Pennsylvania.

June 14, 2017

## ORDER

PER CURIAM

**AND NOW**, this 14th day of June, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Christopher Ross HECKER, Petitioner

No. 39 MAL 2017

Supreme Court of Pennsylvania.

June 14, 2017

## ORDER

PER CURIAM

**AND NOW**, this 14th day of June, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Christopher Ross HECKER, Petitioner

No. 38 MAL 2017

Supreme Court of Pennsylvania.

June 14, 2017